FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 27 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID A. CHAMPION, )<br>d/b/a "Everything Is Less," )<br>)<br>Defendant. ) | CRIMINAL NO. 09-1434 JC<br><br>18 U.S.C. § 2320(a): Trafficking in Counterfeit Goods and Services. |

## INFORMATION

The United States Attorney charges:

On or about October 4, 2004, and on other dates, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **DAVID A. CHAMPION**, doing business as "Everything Is Less," intentionally trafficked in goods and services at auction on eBay, specifically polo-style shirts, while knowingly using on and in connection with such goods and services, counterfeit marks that were identical and substantially indistinguishable from the registered "Lacoste" brand name and alligator mark (i.e., Registration Numbers: 2,004,314; 1,108,987; and 879,171), brand marks that were in use, existing and validly registered for those goods and services by Lacoste Alligator, S.A., on the principal registrar of the United States Patent and Trademark Office, and the use of such counterfeit marks was likely to cause confusion, to cause mistake, and to deceive.

In violation of 18 U.S.C. § 2320(a).

GREGORY J. FOURATT
United States Attorney

*Elaine Y. Ramirez*
for WILLIAM J. PFLUGRATH
Assistant United States Attorney